# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re  SYNCHRONOSS SECURITIES LITIGATION | : : : : : | Civil Action No. 08-4437 (GEB)<br><br>**O R D E R** |

For the reasons stated in the Opinion filed herewith,

IT IS on this 6th day of April, 2010,

ORDERED that Plaintiffs' Motion to Strike (Docket Entry No. 27) is denied without prejudice; and it is further

ORDERED that Defendants' Motion to Dismiss (Docket Entry No. 24) is granted; and it is further

ORDERED that Plaintiffs' Amended Complaint (Docket Entry No. 22) is dismissed without prejudice; and it is further

ORDERED that Plaintiffs may file their second amended complaint within one hundred and twenty days from the date of entry of this Order; and it is further

ORDERED that the Clerk shall administratively terminate this matter, subject to reopening in the event Plaintiffs timely file their second amended complaint; and it is further

ORDERED that this Court retains its jurisdiction over this matter for one hundred and twenty days from the date of entry of this Order; and it is finally

ORDERED that the Clerk shall serve this Order and Opinion filed herewith upon the parties by means of electronic delivery.

s/Garrett E. Brown, Jr.
**GARRETT E. BROWN, JR.**
**Chief Judge**
**United States District Court**
